Randall G. Gale, Esquire
Attorney No. 26149
Thomas, Thomas & Hafer, LLP
P.O. Box 999
Harrisburg, PA 17108-0999



IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KONSTANTIN PROFATILO and
DORA PROFATILO, his wife,
        Plaintiffs

vs.

THE MILTON S. HERSHEY MEDICAL
CENTER, PETER MUCHA, JR., M.D.,
MICHAEL C. BURNETT, M.D., and
KYM A. SALNESS, M.D.
        Defendants

NO. 1:CV 00-0633

JUDGE:
WILLIAM W. CALDWELL, SR.

JURY TRIAL DEMANDED

### ENTRY OF APPEARANCE

TO: Clerk of U.S. District Court – Middle District
   Federal Building
   P.O. Box 983
   Harrisburg, PA 17018

   Please enter the appearance of Randall G. Gale as Attorney for the Defendants The Milton S. Hershey Medical Center, Peter Mucha, Jr., M.D., Michael C. Burnett, M.D. and Kym A. Salness, M.D. in the above matter.

                Thomas, Thomas & Hafer, LLP

              By *(signature)*
                Randall G. Gale, Esquire
                Attorney No. 26149
                305 North Front Street, 6th Floor
                P.O. Box 999
                Harrisburg, PA 17108
                (717) 255-7648

Dated: 4-27-00

## CERTIFICATE OF SERVICE

I, Randall G. Gale, Esquire of the law firm of Thomas, Thomas & Hafer, LLP, Attorneys for Defendants, do hereby certify that on this __27TH__ day of __April__, 2000 that service of the aforementioned document was made upon the following by depositing a true and correct copy in the United States mail, postage prepaid, at Harrisburg, Pennsylvania.

Lewis H. Markowitz, Esquire
2 West Market Street
P.O. Box 152
York, PA 17405-0152

BY: _____
Randall G. Gale, Esquire