

Randall G. Gale, Esquire
Attorney No. 26149
Thomas, Thomas & Hafer, LLP
P.O. Box 999
Harrisburg, PA 17108-0999

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KONSTANTIN PROFATILO and
DORA PROFATILO, his wife,
       Plaintiffs

vs.

THE MILTON S. HERSHEY MEDICAL
CENTER, PETER MUCHA, JR., M.D.,
MICHAEL C. BURNETT, M.D., and
KYM A. SALNESS, M.D.
       Defendants

NO. 1:CV 00-0633

JUDGE:
WILLIAM W. CALDWELL, SR.

JURY TRIAL DEMANDED

FILED
APR 27 2000
HARRISBURG, PA.  /  DEPUTY CLERK

**WAIVER OF SERVICE OF SUMMONS
ON BEHALF OF MY CLIENTS
THE MILTON S. HERSHEY MEDICAL CENTER,
PETER MUCHA JR., M.D., MICHAEL C.
BURNETT, M.D. and KYMA SALNESS, M.D.**

I agree to Waiver of Service of Summons and agree that process does not need to be served in the manner provided by Federal Rule of Civil Procedure 4.

The Defendants retain all defenses or objections to the lawsuit or to the jurisdiction of venue of the Court except for the objections based on a defect in the Summons or in the service of the Summons.

It is further understood that the Defendants have sixty (60) days from 4-13-00 to file an Answer or Motion under Rule 12.

       Thomas, Thomas & Hafer, LLP

       By _____
       Randall G. Gale, Esquire
       Attorney No. 26149
       305 North Front Street, 6th Floor
       P.O. Box 999
       Harrisburg, PA 17108-0999
       (717) 255-7648

Attorney for Defendants The Milton S. Hershey Medical Center, Peter Mucha Jr., M.D., Michael C. Burnett, M.D. and Kym A. Salness, M.D.

:93609.1

## CERTIFICATE OF SERVICE

I, Randall G. Gale, Esquire of the law firm of Thomas, Thomas & Hafer, LLP, Attorneys for Defendants, do hereby certify that on this 27th day of April, 2000 that service of the aforementioned document was made upon the following by depositing a true and correct copy in the United States mail, postage prepaid, at Harrisburg, Pennsylvania.

Lewis H. Markowitz, Esquire
2 West Market Street
P.O. Box 152
York, PA 17405-0152

BY: _____
Randall G. Gale, Esquire