AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

MIDDLE DISTRICT OF PENNSYLVANIA

KONSTANTIN PROFATILO and
DORA PROFATILO, his wife
    Plaintiffs

v.

THE MILTON S. HERSHEY MEDICAL CENTER,
PETER MUCHA, JR., M.D., MICHAEL C.
BURNETT, M.D., and KYM A. SALNESS, M.D.
  Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:00-CV-0633

Judge Caldwell

FILED
HARRISBURG, PA

MAY 25 2000

MARY E. D'ANDREA, CLERK
Per _____
    Deputy Clerk

TO: (Name and address of defendant)

(SEE COMPLT.)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lewis H. Markowitz, Esq.
Markowitz and Markowitz, P.C.
2 West Market St.
P.O. Box 152
York, Pa. 17405-0152
(717) 843-5527

an answer to the complaint which is herewith served upon you, within ___(20) Twenty___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Mary E. D'Andrea
CLERK

April 7, 2000
DATE

_George T. Gardner_
(BY) DEPUTY CLERK    George T. Gardner

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

### RETURN OF SERVICE OF PROCESS

PLAINTIFF  Konstantin Profatilo and Dora Profatilo, his wife,    COURT CASE NUMBER  1:00-CV-0633

DEFENDANT  The Mildon S. Hershey Medical Center, et al    TYPE OF PROCESS  _____

SERVE  The Milton S. Hershey Medical Center, Peter Mucha, Jr., M.D.
(Name individual, company; corporation, etc. to be served)
Michael C. Burnett, M.D., and Kym A. Salness, M.D.

AT  see attached return green cards
(Show Address)

SPECIAL INSTRUCTIONS OR OTHER INFORMATION REGARDING SERVICE _____

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT:

____ I have personally served individual, company or corporation above.

_X_ I have made service by mail as authorized by state law to the individual, company or corporation above. Appropriate state law authorizing this type of service is Pa. Judicial Code. If certified mail was authorized, attach green cards to this form.

____ I have legal evidence of service, described under Remarks and attached hereto. (Domiciliary service, Substituted service.)

____ I am unable to serve the process. (See Remarks)

NAME OF PERSON SERVED: _____
TITLE (IF ANY) OF PERSON SERVED: _____
ADDRESS WHERE SERVED: _____

DATE AND TIME OF PERSONAL SERVICE: _____
REMARKS: _____

5/22/00                             *Sharon Stottlemyer* (signature)
Date                                Signature of Process Server

RETURN THE ORIGINAL OF THIS FORM WITH THE ORIGINAL SUMMONS FORM TO:
OFFICE OF THE CLERK OF COURT, U.S. DISTRICT COURT
(Clerk's address in which the assigned judge is located. Refer to the Notice of Judicial Assignment form.)

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly): M__ Jones   B. Date of Delivery: 4-14-00<br>C. Signature: X [signature]   ☐ Agent  ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below: |
| 1. Article Addressed to:<br>Milton S Hershey Med. Center<br>500 University Drive<br>Hershey PA 17033 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Copy from service label)<br>P287 816 912 | |
| PS Form 3811, July 1999   Domestic Return Receipt   102595-99-M-1789 | |

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)   B. Date of Delivery: APR 17 200<br>C. Signature: X [signature Susan Stoole]  ☐ Agent  ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below: |
| 1. Article Addressed to:<br>Peter Mucha Jr. M.D.<br>West Va. University Hospital<br>PO Box 8229<br>Morgantown WV 26506-8229 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Copy from service label)<br>P 287 816 913 | |
| PS Form 3811, July 1999   Domestic Return Receipt   102595-99-M-1789 | |

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Michael C. Burnett, MD
   Hershey Med. Center
   500 University Dr.
   Hershey PA 17033

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery
   M. Jones                              4-14-00

C. Signature
   X  M. Jones
   ☐ Agent
   ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)
   P287 816 914

PS Form 3811, July 1999    Domestic Return Receipt    102595-99-M-1789

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Kym A. Salness, MD
   Hershey Med. Center
   500 University Dr.
   PO Box 850
   Hershey, PA 17033-0850

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery
   M. Jones                              4-14-00

C. Signature
   X  M. Jones
   ☐ Agent
   ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)
   P287 816 915

PS Form 3811, July 1999    Domestic Return Receipt    102595-99-M-1789