

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
MINUTES OF CONFERENCE

CASE NO: 1:CV-00-633

Konstantin Profatilo, et al. v.
Milton S. Hershey Med Ctr., et al.

DATE: July 27, 2000

Hon. William W. Caldwell  presiding  in chambers  in  Harrisburg, PA
Nature of Hearing  Case Management Conference
Time Commenced  10:30 am   Time Terminated  10:45

| PLAINTIFF: | APPEARANCES | DEFENDANT: |
|---|---|---|
| Lewis H. Markowitz, Esq. | | Randell G. Gale, Esq. |
| ~~Paul Koenigsberg, Esq.~~ | | |

FILED
HARRISBURG, PA
JUL 27 2000
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

☑  See Order

REMARKS:_____

Continue remarks and notes on back.