IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KONSTANTIN PROFATILO and          :
DORA PROFATILO, his wife,
    Plaintiffs                    :

                                          :
    vs.                                     CIVIL ACTION NO. 1:CV-00-0633
                                          :
THE MILTON S. HERSHEY MEDICAL
CENTER, PETER MUCHA, JR., M.D., :
MICHAEL C. BURNETT, M.D., and
KYM A. SALNESS, M.D.,             :
    Defendants

O R D E R

        AND NOW, this 27th day of July, 2000, in connection with the case management conference in this matter IT IS ORDERED THAT:

        a)  Discovery shall be completed by April 2, 2001. The parties shall identify any expert witnesses and shall provide reports promptly. Plaintiff's report is due by February 1, 2001, and defendant's report is due by April 2, 2001. Supplementations, if any, are due by April 30, 2001. (This case is on the standard track).

        b)  Motions for joinder of parties shall be filed by August 28, 2000. Motions to amend pleadings shall be filed by August 28, 2000.

        c)  All pre-trial motions shall be filed by April 2, 2001, accompanied by a supporting brief. All briefs filed in this case shall comply with Local Rule 7.8 and paragraph IV of the scheduling order previously entered in this case.

        d)  This case shall be placed on the June, 2001 trial list of this court, scheduling order to follow. Parties and known witnesses

FILED
HARRISBURG, PA
JUL 27 2000
MARY E. D'ANDREA, CLERK
Per _____
      Deputy Clerk

AO 72A
(Rev 8/82)

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

July 27, 2000

Re: 1:00-cv-00633    Profatilo v. Milton S. Hershey Me

True and correct copies of the attached were mailed by the clerk
to the following:

Lewis H. Markowitz, Esq.
2 W. Market St.
P.O. Box 152
York, PA  17405-0152

Randall G. Gale, Esq.
Thomas, Thomas & Hafer
305 N. Front St.
P.O. Box 999
Harrisburg, PA  17108

```
cc:
Judge                           (X)
Magistrate Judge                ( )
U.S. Marshal                    ( )
Probation                       ( )
U.S. Attorney                   ( )
Atty. for Deft.                 ( )
Defendant                       ( )
Warden                          ( )
Bureau of Prisons               ( )
Ct Reporter                     ( )
Ctroom Deputy                   ( )
Orig-Security                   ( )
Federal Public Defender         ( )
Summons Issued                  ( ) with N/C attached to complt. and served by:
                                    U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5             ( )
Order to Show Cause             ( ) with Petition attached & mailed certified mail
                                    to: US Atty Gen ( )   PA Atty Gen ( )
                                        DA of County ( )  Respondents ( )
Bankruptcy Court                ( )
Other_____  ( )
```

MARY E. D'ANDREA, Clerk