See Attachment

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA

AUG 29 2000

MARY E. D'ANDREA, CLE
Per _____
Deputy Clerk

| | |
|---|---|
| KONSTANTIN PROFATILO and DORA PROFATILO, his wife, Plaintiffs, vs. | NO. 1:CV 00-0633 |
| | JUDGE: WILLIAM W. CALDWELL, SR |
| THE MILTON S. HERSHEY MEDICAL CENTER, PETER MUCHA, JR., M.D., MICHAEL C. BURNETT, M.D., and KYM A. SALNESS, M.D. Defendants. | JURY TRIAL DEMANDED |

## ORDER

AND NOW, THIS 25th DAY OF May, 2000, IT IS ORDERED that paragraph 4 of Defendants' Answer is amended pursuant to the stipulation of Counsel filed.

William W. Caldwell
United States District Judge

:105528.1

```
               UNITED STATES DISTRICT COURT
                         FOR THE
               MIDDLE DISTRICT OF PENNSYLVANIA

             * * MAILING CERTIFICATE OF CLERK * *

                       August 29, 2000


Re:  1:00-cv-00633    Profatilo v. Milton S. Hershey Me



True and correct copies of the attached were mailed by the clerk
to the following:


     Lewis H. Markowitz, Esq.
     2 W. Market St.
     P.O. Box 152
     York, PA  17405-0152

     Randall G. Gale, Esq.
     Thomas, Thomas & Hafer
     305 N. Front St.
     P.O. Box 999
     Harrisburg, PA  17108




cc:
Judge                          (✓)
Magistrate Judge               ( )
U.S. Marshal                   ( )
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( ) with N/C attached to complt. and served by:
                                   U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( ) with Petition attached & mailed certified mail
                                   to:  US Atty Gen   ( )    PA Atty Gen ( )
                                        DA of County  ( )    Respondents ( )
Bankruptcy Court               ( )
Other_____  ( )
                                              MARY E. D'ANDREA, Clerk
```

DATE: _____8/29/00_____          BY: _____
                                    Deputy Clerk