cc: Markowitz, Sal, + CV

(15)
3-27-01
Sc

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KONSTANTIN PROFATILO and          :
DORA PROFATILO, his wife,
          Plaintiffs               :


                                   :
          vs.                            CIVIL ACTION NO. 1:CV-00-0633
                                   :
THE MILTON S. HERSHEY MEDICAL
CENTER, PETER MUCHA, JR., M.D., :
MICHAEL C. BURNETT, M.D., and
KYM A. SALNESS, M.D.,              :          **FILED**
          Defendants                     **HARRISBURG, PA**

                                         MAR 2 6 2001

## O R D E R                             MARY E. D'ANDREA, CLERK
                                         PER_____
                                              DEPUTY CLERK

          AND NOW, this 26th day of March, 2001, upon

consideration of plaintiffs' motion to extend time, it is Ordered

as follows:

          1)  Discovery shall be completed by
September 5, 2001.

          2)  Expert reports shall be provided by
July 2, 2001, with any supplements to be filed
by September 28, 2001.

          3)  Pre-trial motions, if any, shall be
filed no later than September 5, 2001, and
shall be briefed when filed.

          4)  This case is continued to the November
2001 trial term, scheduling order to follow.


                              *William W. Caldwell*
                              William W. Caldwell
                              United States District Judge