*See attach.*

# WOLFSON & ASSOCIATES, P.C.
## Attorneys at Law

**ATTORNEYS**
Daniel F. Wolfson
Amy F. Wolfson
Philip C. Warholic

**COUNSEL**
Morrison B. Williams
Donald L. Hoage*

**PARALEGALS**
Margaret L. Burg
Susan K. Kostalas

* Licensed to Practice in Maryland

267 East Market Street
York, Pennsylvania 17403
----------
(717) 846-1252
(800) 321-8467
FAX (717) 848-1146
----------
e-mail: dfwolfson@debtcollection.net

**BRANCH OFFICE:**
8 Manchester Street
Glen Rock, PA 17327
(717) 235-5014

*PLEASE FORWARD ALL CORRESPONDENCE TO THE YORK OFFICE*

**FILED
HARRISBURG, PA
JUL 24 2001
MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk**

18 July 2001

Clerk
U.S. DISTRICT COURT
228 Walnut Street
PO Box 983
Harrisburg PA 17108

**RECEIVED
HARRISBURG PA
JUL 19 2001
MARY E. D'AN...**

RE:   Konstantin Profatilo, et al. vs. Hershey Medical Center, et al.
      Civil Action No. 1:CV-00-0633

Dear Clerk:

We are in receipt of the Court Order of the Honorable Judge William W. Caldwell filed in the above-referenced matter on July 10, 2001. Please be advised that the undersigned is not involved in the above-referenced matter. This office filed a Motion to Extend Deadlines on behalf of Lewis H. Markowitz, Esquire during his hospitalization. Attorney Markowitz is no longer associated with this firm. His direct address is 606 Argent Way Bluffton, SC 29910. Please forward all future correspondence and Court Orders directly to Attorney Markowitz. Please remove my name from the Court docket.

Should you have any questions or concerns, please do not hesitate to contact the undersigned.

Very truly yours,

WOLFSON & ASSOCIATES, P.C.

Daniel F. Wolfson, Esquire

DFW/mds
cc: Lewis H. Markowitz, Esquire (w/enc. - Court Order dated 7/10/01)

OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT of PENNSYLVANIA

U.S. Courthouse
228 Walnut Street, RM. 1060
P.O. Box 983
Harrisburg, PA 17108-0983

July 24, 2001



MARY. E. D'ANDREA
Clerk of Court

(717) 221-3920
FAX  (717) 221-3959

Daniel F. Wolfson, Esquire
WOLFSON & ASSOCIATES, P.C.
267 East Market Street
York, PA 17403

FILED
HARRISBURG, PA

JUL 2 4 2001

MARY _____ CLERK
Per _____
Deputy Clerk

IN RE:   Konstantin Profatilo, et al.
         vs.
         Hershey Medical Center, et al.
         1:CV-00-0633

Dear Mr. Wolfson:

I am in receipt of your letter dated July 18, 2001 advising the District Court that you are not involved in the above-referenced matter. I would recommend you file a motion to withdraw your appearance and state briefly your reason for withdrawal within the motion. Upon receipt of your motion and approval of the court, your name will be released from the docket.

If you have any questions, please feel free to contact me at (717) 221-3929. Thank you for your consideration to this matter.

Very truly yours,

MARY E. D'ANDREA, CLERK

Ann Severino-Michael
Deputy Clerk

asm

cc:   Judge William W. Caldwell
      Lewis H. Markowitz, Esquire



OFFICE OF THE CLERK

**UNITED STATES DISTRICT COURT**
*for the*
**MIDDLE DISTRICT of PENNSYLVANIA**

*U.S. Courthouse*
*228 Walnut Street, RM. 1060*
*P.O. Box 983*
*Harrisburg, PA 17108-0983*

**MARY. E. D'ANDREA**
*Clerk of Court*

**July 24, 2001**

(717) 221-3920
FAX (717) 221-3959

Lewis H. Markowitz, Esquire
606 Argent Way
Bluffton, SC 29910

**FILED**
HARRISBURG, PA

JUL 2 4 2001

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

IN RE:    Konstantin Profatilo, et al.
          vs.
          Hershey Medical Center, et al.
          <u>1:CV-00-0633</u>

Dear Mr. Markowitz:

Please find enclosed a letter from Attorney Wolfson requesting his withdrawal of appearance in the above-referenced matter. By way of Attorney Wolfson's letter, he noted your address has changed as referenced above.

Would you kindly file a change of address, including your firm name, with the District Court so all future filings can be mailed to you.

Thank you for your consideration in this matter.

Very truly yours,

MARY E. D'ANDREA, CLERK

Ann Severino-Michael
Deputy Clerk

asm

Enclosure: (1)

cc:   Judge William W. Caldwell
      Daniel F. Wolfson, Esquire
      File Copy