IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KONSTANTIN PROFATILO and <br> DORA PROFATILO, his wife, <br>   Plaintiffs, <br> <br> vs. <br> <br> THE MILTON S. HERSHEY MEDICAL <br> CENTER, PETER MUCHA, JR., M.D., <br> MICHAEL C. BURNETT, M.D., and <br> KYM A. SALNESS, M.D., <br>   Defendants | NO.  1:CV 00-0633 <br> <br> <br> JUDGE: <br> WILLIAM W. CALDWELL, SR. <br> <br> <br> <br> JURY TRIAL DEMANDED |

## PRAECIPE FOR WITHDRAWAL OF APPEARANCE

TO THE PROTHONOTARY OF SAID COURT:

Please withdraw the appearance of Daniel F. Wolfson, Esquire, as counsel for the Plaintiffs, Konstantin Profatilo and Dora Profatilo, his wife, in the above-captioned matter. Lewis H. Markowitz, Esquire is the only attorney of record for the Plaintiffs. I simply assisted Attorney Markowitz in this matter during the time period when he was hospitalized.

Respectfully submitted,

Daniel F. Wolfson, Esquire
WOLFSON & ASSOCIATES, P.C.
267 East Market Street
York, PA 17403
(717) 846-1252
ID No. 20617

Dated: July 25, 2001