



*See Attachment*

20
8-7-01

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KONSTANTIN PROFATILO and<br>DORA PROFATILO, his wife,<br>    Plaintiffs,<br>vs.<br><br>THE MILTON S. HERSHEY MEDICAL<br>CENTER, PETER MUCHA, JR., M.D.,<br>MICHAEL C. BURNETT, M.D., and<br>KYM A. SALNESS, M.D.<br>    Defendants. | NO. 1:CV 00-0633<br><br>JUDGE:<br>WILLIAM W. CALDWELL, SR<br><br><br>JURY TRIAL DEMANDED |

### ORDER

AND NOW, this 6th day of August, 2001, upon consideration of Defendants' Motion to Stay Case Management Trial Deadlines and Requesting Case Management Conference, it is hereby ORDERED and DECREED that said Motion is GRANTED and:

1. All deadlines set forth in the Court's Case Management Order and the Trial Scheduling Order of July 10, 2001 are stayed pending a Case Management Conference; and

2. A Case Management/Trial Scheduling Conference will take place on 27th day of August, 2001 at 9:30 a.m./p.m. in the chambers of United States District Judge for the Middle District of Pennsylvania William W. Caldwell.

                  _____
                  WILLIAM W. CALDWELL, U.S.D.J.

FILED
HARRISBURG, PA

AUG 6 2001

MARY E. D'ANDREA, CLERK
Per _____
  Deputy Clerk

 

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

August 6, 2001

Re:   1:00-cv-00633    Profatilo v. Milton S. Hershey Me

True and correct copies of the attached were mailed by the clerk
to the following:

    Lewis H. Markowitz, Esq.
    606 Argent Way
    Bluffton, SC  29910

    Randall G. Gale, Esq.
    Thomas, Thomas & Hafer
    305 N. Front St.
    P.O. Box 999
    Harrisburg, PA  17108

```
cc:
Judge                          (✓)              ( ) Pro Se Law Clerk
Magistrate Judge               ( )              ( ) INS
U.S. Marshal                   ( )              ( ) Jury Clerk
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  (✓)
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( ) with N/C attached to complt. and served by:
                                   U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( ) with Petition attached & mailed certified mail
                                   to:  US Atty Gen    ( )  PA Atty Gen ( )
                                        DA of County   ( )  Respondents ( )
Bankruptcy Court               ( )
Other_____   ( )
```

                                                              MARY E. D'ANDREA, Clerk

DATE: _____8/6/01_____                            BY: _____ASm_____