

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
### MINUTES OF CONFERENCE

Konstantin Profatilo v.  
Penn State University, et al.

CASE NO: 1:CV-00-0633

DATE: August 27, 2001

Hon. William W. Caldwell   presiding  in chambers   in   Harrisburg, PA

Nature of Hearing   Case Management Conference

Time Commenced 9:35 ~~9:30~~ a.m.   Time Terminated 9:45 a.m.

| PLAINTIFF: | APPEARANCES | DEFENDANT: |
|---|---|---|
| ~~Lewis H. Markowitz, Esquire~~ | | Randall G. Gale, Esquire |

FILED  
HARRISBURG, PA  
AUG 27 2001  
MARY E. D'ANDREA, CLERK  
Per _____ Deputy Clerk

☑ See Order

REMARKS: This matter set [illegible] for [illegible] Order

Continue remarks and notes on back.