*See Attachment*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KONSTANTIN PROFATILO and :
DORA PROFATILO, his wife, 
    Plaintiffs :

    vs.                        CIVIL ACTION NO. 1:CV-00-0633

THE MILTON S. HERSHEY MEDICAL
CENTER, PETER MUCHA, JR., M.D., :
MICHAEL C. BURNETT, M.D., and
KYM A. SALNESS, M.D., :
    Defendants

FILED
HARRISBURG, PA
AUG 27 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

O R D E R

AND NOW, this 27th day of August, 2001, in connection with the case management conference in this matter IT IS ORDERED THAT:

    a) Discovery shall be completed by April 1, 2002. The parties shall identify any expert witnesses and shall provide reports promptly. Plaintiff's report is due by May 1, 2002, and defendant's report is due by July 2, 2002. Supplementations, if any, are due by July 22, 2002.

    b) Motions for joinder of parties shall be filed by September 14, 2001. Motions to amend pleadings shall be filed by September 14, 2001.

    c) All pre-trial motions shall be filed by May 1, 2002, accompanied by a supporting brief. All briefs filed in this case shall comply with Local Rule 7.8 and paragraph IV of the scheduling order previously entered in this case.

    d) This case shall be placed on the August, 2002 trial list of this court, scheduling order to follow. Parties and known

        witnesses shall be notified of this schedule immediately, or as soon as identified as such.

Litigants should be aware that it is my policy to adhere to the schedule hereby established. Continuances of trial and extensions of the discovery period will be granted only when extraordinary circumstances arise and application is timely made.

                                           /s/ William W. Caldwell
                                           William W. Caldwell
                                           United States District Judge

AO 72A
(Rev.8/82)

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

August 27, 2001

Re:  1:00-cv-00633    Profatilo v. Milton S. Hershey Me

True and correct copies of the attached were mailed by the clerk to the following:

Lewis H. Markowitz, Esq.
606 Argent Way
Bluffton, SC  29910

Randall G. Gale, Esq.
Thomas, Thomas & Hafer
305 N. Front St.
P.O. Box 999
Harrisburg, PA  17108

cc:
Judge                           (✓)         ( ) Pro Se Law Clerk
Magistrate Judge                ( )         ( ) INS
U.S. Marshal                    ( )         ( ) Jury Clerk
Probation                       ( )
U.S. Attorney                   ( )
Atty. for Deft.                 ( )
Defendant                       ( )
Warden                          ( )
Bureau of Prisons               ( )
Ct Reporter                     (✓)
Ctroom Deputy                   (✓)
Orig-Security                   ( )
Federal Public Defender         ( )
Summons Issued                  ( ) with N/C attached to complt. and served by:
                                    U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5             ( )
Order to Show Cause             ( ) with Petition attached & mailed certified mail
                                    to: US Atty Gen   ( )   PA Atty Gen ( )
                                        DA of County  ( )   Respondents ( )
Bankruptcy Court                ( )
Other_____   ( )

MARY E. D'ANDREA, Clerk

DATE: 8/27/01                          BY: _____