IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KONSTANTIN PROFATILO and DORA : No. 1:CV 00-0633
PROFATILO, his wife, :
    Plaintiffs : Civil Action - Law
:
vs :
:
THE MILTON S. HERSHEY MEDICAL :
CENTER, PETER MUCHA, JR., M.D., :
MICHAEL C. BURNETT, M.D., and : Jury Trial Demanded
KYM A. SALNESS, M.D., :
    Defendants :

PRAECIPE

TO THE CLERK:

    Please change my address from 2 West Market Street, P. O. Box 152, York, Pennsylvania 17405 to 606 Argent Way, Bluffton, South Carolina 29910.

    MARKOWITZ & MARKOWITZ, P.C.

By: _____
    Lewis H. Markowitz, Esq.
    Supreme Court I.D. #07491
    Attorney for Plaintiffs
    606 Argent Way
    Bluffton, SC 29910
    (843) 705-7599



FILED
SEP 4 2001
PER _____ DEPUTY CLERK
HARRISBURG, PA

CERTIFICATE OF SERVICE

AND NOW, TO WIT, this 30th day of August, 2001, I, LEWIS H. MARKOWITZ, ESQUIRE, hereby certify that I have this date served a true and correct copy of the foregoing by depositing same in the United States Mail, postage prepaid at York, Pennsylvania, addressed to counsel of record as follows:

Randall G. Gale, Esquire
Thomas, Thomas & Hafer, LLP
305 North Front Street
P. O. Box 999
Harrisburg, PA 17108-0999

MARKOWITZ & MARKOWITZ, P.C.

By: _____
Lewis H. Markowitz, Esq.
Supreme Court I.D. #07491
Attorney for Plaintiffs
606 Argent Way
Bluffton, SC 29910
(843) 705-7599

# MARKOWITZ & MARKOWITZ, P.C.

ATTORNEYS-AT-LAW

2 WEST MARKET STREET

P.O. BOX 152

YORK, PENNSYLVANIA 17405-0152

---

(717) 843-5527

FAX (717) 854-7599

| | | |
|---|---|---|
| **LEWIS H. MARKOWITZ**<br>CERTIFIED AS A CIVIL TRIAL ADVOCATE<br>BY THE NATIONAL BOARD OF TRIAL ADVOCACY<br>DIPLOMATE AMERICAN BOARD<br>OF PROFESSIONAL LIABILITY ATTORNEYS | Respond to: 606 Argent Way<br>Bluffton, South Carolina 29910<br>(843) 705-9577<br>fax (843) 705-9588 | **ARTHUR MARKOWITZ**<br>(1907-1970)<br><br>TRIAL PRACTICE |

August 30, 2001

Ann Severino-Michael, Deputy clerk
United States District Court
For the Middle District of Pennsylvania
U. S. Courthouse
228 Walnut Street, RM 1060
P. O. Box 983
Harrisburg, PA 17108-0983

Re:  Konstantin Profatilo, et al v Hershey Medical Center, et al
     No. 1:CV-00-0633

Dear Ms. Michael:

    Enclosed please find an original and one copy of Praecipe for Change of Address to be filed in the above-captioned matter. Would you please return a clocked-in copy to me in the enclosed envelope.

    I am by copy of this letter serving a copy of the Praecipe on opposing counsel.

    Thank you for your courtesy in this matter.

                              Very truly yours,

                              MARKOWITZ & MARKOWITZ, P.C.

                              Lewis H. Markowitz

LHM/sss
Enclosure
cc:  Randy G. Gale, Esquire (w/enc)
 (Dictated but not read)