IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KONSTANTIN PROFATILO and<br>DORA PROFATILO, his wife,<br>　　　　Plaintiffs,<br><br>vs.<br><br><br>THE MILTON S. HERSHEY MEDICAL<br>CENTER, PETER MUCHA, JR., M.D.,<br>MICHAEL C. BURNETT, M.D., and<br>KYM A. SALNESS, M.D.<br>　　　　Defendants. | NO. 1:CV 00-0633<br><br><br>JUDGE:<br>WILLIAM W. CALDWELL, SR<br><br><br><br>JURY TRIAL DEMANDED |

### ORDER

AND NOW, this _2nd_ day of _April_, 2002, IT IS ORDERED that the parties shall have ninety (90) days to complete discovery in this case after the Commonwealth Court stay has been lifted.

IT IS FURTHER ORDERED that the parties notify the Court as to the lifting of the stay at which time a case management conference will be scheduled.

_____
WILLIAM W. CALDWELL, U.S.D.J.

:162847.1



FILED
APR 2 2002
PER _____
HARRISBURG, PA.　DEPUTY CLERK