IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KONSTANTIN PROFATILO and :
DORA PROFATILO, his wife,
    Plaintiffs :

              :

    vs.               CIVIL ACTION NO. 1:CV-00-0633
              :
THE MILTON S. HERSHEY MEDICAL
CENTER, PETER MUCHA, JR., M.D., :
MICHAEL C. BURNETT, M.D., and
KYM A. SALNESS, M.D., :
    Defendants

FILED
HARRISBURG, PA
JUN 7 2002
MARY E. D'ANDREA, CLERK
Per _____

O R D E R

    AND NOW, this 7th day of June, 2002, upon consideration of a joint motion to extend time, it is ORDERED that Plaintiff shall have thirty (30) days from when the depositions of Dr. Salness and an HMC corporate designee are transcribed and signed by the witnesses in which to respond to the motion for summary judgment of Dr. Salness, but said response shall be filed no later than August 30, 2002.

                                                    _____
                                                    William W. Caldwell
                                                    United States District Judge

AO 72A
(Rev 8/82)