

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KONSTANTIN PROFATILO and :
DORA PROFATILO, his wife,
    Plaintiffs :

                    :

    vs.                       CIVIL ACTION NO. 1:CV-00-0633

                    :

THE MILTON S. HERSHEY MEDICAL
CENTER, PETER MUCHA, JR., M.D., :
MICHAEL C. BURNETT, M.D., and
KYM A. SALNESS, M.D., :
    Defendants

### O R D E R

AND NOW, this 25th day of July, 2002, counsel having reported to the court that the above action has been settled,

It is ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within sixty (60) days, to reinstate the action if the settlement is not consummated.

                                                /s/ William W. Caldwell
                                                William W. Caldwell
                                                United States District Judge

FILED
JUL 25 2002
PER _____
HARRISBURG, PA.   DEPUTY CLERK

AO 72A