ORIGINAL

# THOMAS, THOMAS & HAFER, LLP
## ATTORNEYS AT LAW

JOSEPH P. HAFER
JAMES K. THOMAS, II
ROBERTSON B. TAYLOR
PETER J. CURRY
R. BURKE McLEMORE, JR.
EDWARD H. JORDAN, JR.
C. KENT PRICE
RANDALL G. GALE
DAVID L. SCHWALM
PETER J. SPEAKER
DOUGLAS B. MARCELLO
PAUL J. DELLASEGA
SARAH W. AROSELL
EUGENE N. McHUGH
STEPHEN E. GEDULDIG
KAREN S. COATES

OF COUNSEL
JAMES K. THOMAS

305 NORTH FRONT STREET
SIXTH FLOOR
P.O. BOX 999
HARRISBURG, PA 17108

(717) 237-7100
FAX (717) 237-7105
WRITER'S DIRECT DIAL NUMBER
(717) 255-7648
RGG@tthlaw.com

TODD B. NARVOL
JAMES J. DODD-O
DANIEL L. GRILL
EVAN BLACK
JOHN J. McNALLY, III
KEVIN C. McNAMARA
BROOKS R. FOLAND
JONATHAN C. DEISHER
JOHN FLOUNLACKER
JOHN T. HUSKIN, JR.
MICHELE J. THORP
STEPHANIE L. HERSPERGER
HUGH P. O'NEILL, III
W. DARREN POWELL
LAURA J. HERZOG
JOSEPH G. McHALE
DRUMMOND B. TAYLOR
DEREK D. BAHL
KIMBERLY A. BOHLE
MARK J. POWELL

July 23, 2002

Mary E. D'Andrea
Clerk of the Courts
United States District Court
Middle District of Pennsylvania
228 Walnut Street, RM 1060
Harrisburg, PA 17108

FILED
HARRISBURG, PA
JUL 25 2002
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

RE: Konstantin Profatilo and Dora Profatilo v. The Milton
S. Hershey Medical Center et al.
No.: 1:CV 00-0633

Dear Ms. D'Andrea:

This is to advise you that the parties have reached an agreement of settlement concerning this matter. We are in the process of finalizing the Release documents. I presume that you will issue an Order dismissing the case contingent upon consummation of the settlement. Thank you for your attention to this matter.

Very truly yours,

Thomas, Thomas & Hafer, LLP

By _____
Randall G. Gale

RGG:sah
cc: The Honorable William W. Caldwell, Sr.
    Lewis H. Markowitz, Esquire
    Richard Weiss, Esquire